

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00403-CV

| | | |
|---|---|---|
| J.A.S., Appellant | § | On Appeal from the 322nd District Court |
| | § | |
| v. | § | of Tarrant County (322-582401-15) |
| | § | January 17, 2019 |
| A.R.D., Appellee | | |
| | § | Opinion by Chief Justice Sudderth |

**JUDGMENT**

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed and remanded in part. We affirm that portion of the trial court's decree that names John and Amy as joint managing conservators and the geographic restriction, and we affirm the unchallenged portions of the decree, including the granting of the divorce. We reverse the decree as to its drug testing and stair-up access provisions and its valuation and division of the community estate, and we vacate the judgment against John for $2,000 of Amy's

attorney's fees. We remand this case to the trial court to clarify the drug testing and stair-up access provisions and for a new trial on the division of the community estate.

It is further ordered that all parties shall bear their own costs of this appeal for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Bonnie Sudderth_____
    Chief Justice Bonnie Sudderth